UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RAMOS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No. 14-12820-ADB |
| | * |
| UMASS CORRECTIONAL HEALTH CARE, et al., | * |
| | * |
| Defendants. | * |

ORDER OF DISMISSAL

BURROUGHS, D.J.

William Ramos was a named plaintiff in *Stote v. UMass Correctional Health Care*, C.A. No. 13-10267-NMG, a civil rights action filed by MCI Norfolk inmate John E. Stote in which he and over one hundred other prisoners claimed that medical care at MCI Norfolk was inadequate.

In an order dated June 25, 2014, the Court ordered that the claims of each plaintiff be severed and that a separate case be opened up for each individual plaintiff. *See id.* [Dkt. 20]. The order directed each plaintiff who wanted to prosecute his own claims to pay the $400 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs within sixty days and that the failure to pay the fee or seek leave to proceed without payment of the fee may result in dismissal of the individual action without prejudice. The Clerk mailed a copy of Judge Gorton's order and the form Application to Ramos at MCI Norfolk in June 2014.

On August 18, 2014, the documents sent to Ramos at MCI Norfolk were returned as undeliverable with no forwarding address. The Clerk called MCI Norfolk and was informed that Ramos had been released and was no longer in state custody. The Clerk was unable to obtain

any updated contact information for the plaintiff.  Ramos did not file a notice of change of address or any other document with the Court.  *See L.R.* 83.5.5(h) (pro se litigants are required to inform the Clerk of address changes).

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  No filing fee shall be assessed.  This order is a final order of dismissal.

IT IS SO ORDERED.

| | |
|---|---|
| 6/12/2015 | /s/ Allison D. Burroughs |
| DATE | UNITED STATES DISTRICT JUDGE |